IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALICE BUTTON *and*                                                    PLAINTIFFS
STEVE STRAUSBAUGH


v.                                                    Civil No. 1:21cv308-HSO-RHWR


KIM ALFORD, *principal,* SAM SMITH,
*assistant principal,* ALAN LUMPKIN,
*superintendent and* PRC SCHOOL
DISTRICT                                                              DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date granting Defendants' Motion

[21] to Dismiss, the Court hereby enters judgment pursuant to Federal Rule of Civil

Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 11th day of April, 2022.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE